# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GOZZO DEVELOPMENT, INC.,** a Florida corporation,
Appellant,

v.

**ANNE M. ESKER,** and **CLAY LANE RENTAL LIMITED PARTNERSHIP,**
a Nevada limited partnership,
Appellees.

No. 4D19-3296

[October 29, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; G. Joseph Curley, Judge; L.T. Case No. 502005CA011607XXXXMBAA.

Michael A. Monteverde and Kali Lauren Sinclair of Zinober, Diana & Monteverde, P.A., Fort Lauderdale, for appellant.

Steven Ellison of Nelson Mullins Broad and Cassel, West Palm Beach, for appellee Anne M. Esker.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***